IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>LITHIA SUBARU OF OREGON CITY,<br><br>        Defendant. | CIVIL NO. 04-1361-AS<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

**MOSMAN, J.,**

On June 1, 2005, Magistrate Judge Ashmanskas issued Findings and Recommendation (#41) in the above-captioned case DENYING defendant's motion to compel arbitration. Objections (#42) were filed on June 16, 2005, and a response (#46) to the objections was filed on July, 5 2005.

This court has conducted a <u>de novo</u> review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b) and ADOPTS the Findings and Recommendation as the opinion of this court. Accordingly, defendant's motion to compel arbitration is DENIED.

IT IS SO ORDERED.

DATED: Portland, Oregon, August 2, 2005.

                                              /s/ Michael W. Mosman<br>
                                              MICHAEL W. MOSMAN<br>
                                              United States District Judge